# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RONALD HARTSFIELD,**
                **Plaintiff,**

**-vs-**                                                     **Case No. 6:07-cv-540-Orl-31KRS**

**EXPRESS SHIPPING & TOWING, INC.,**
**and ALAN D. POTTER,**

                **Defendants.**
_____

## ORDER

This cause comes before the Court on the Plaintiff's Motion for Entry of Default Final Judgment (Doc. No. 20) filed December 4, 2007.

On January 28, 2008, the United States Magistrate Judge issued a report (Doc. No. 24) recommending that the motion be denied with prejudice and that the alleged violation of § 448.101, et. seq. as it relates to Express Shipping & Towing, Inc. be dismissed for failure to prosecute.  No objections have been filed.  Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    The Motion for Entry of Default Final Judgment is DENIED with prejudice based on the Plaintiff's admission in his declaration that he received all minimum wages due under FLSA.

    3.    The Clerk is directed to enter Judgment in favor of the Defendant Express Shipping & Towing, Inc., against the Plaintiff Ronald Hartsfield and thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 20th day of February, 2008.

Copies furnished to:
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE